UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THOMAS TAYLOR, | : | Case: 3:12-cv-01978-JGC |
| Plaintiff, | : | JUDGE CARR |
| vs. | : | |
| KENTWOOD LAW GROUP, | : | |
| Defendant. | : | |

---
**STIPULATION OF DISMISSAL**
---

Now come the parties and, pursuant to Fed. R. Civ. P. 41, stipulate to this dismissal of this action WITH PREJUDICE.

                                            Respectfully submitted,

                                            /s/Boyd W. Gentry
                                            Boyd W. Gentry (0071057)
                                            LAW OFFICE OF BOYD W. GENTRY, LLC
                                            9 E. Dayton St.
                                            West Alexandria, OH 45381
                                            Tel. 937.839.2881
                                            Fax 800.839.5843
                                            bgentry@boydgentrylaw.com
                                            *Attorney for Defendant*

/s/ Brian T. McElroy, per written authority
Brian T. McElroy
McElroy Law, LLC
1991 Crocker Road
Suite 600, Gemini I
Westlake, OH 44145
Email: btm@McElroyLawllc.com
*Attorney for Plaintiff Thomas Taylor*

## **CERTIFICATE OF SERVICE**

      I certify that the above document was served to the following via the Clerk of Court's CM/ECF system on January 24, 2013:

Brian T. McElroy
McElroy Law, LLC
1991 Crocker Road
Suite 600, Gemini I
Westlake, OH 44145
Email: btm@McElroyLawllc.com
*Attorney for Plaintiff Thomas Taylor*

                                        /s/Boyd W. Gentry
                                        Boyd W. Gentry (0071057)